# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Jennifer Beesley and Todd Beesley,<br><br>    Plaintiffs,<br><br>v.<br><br>Association Dues Assurance Corporation,<br><br>    Defendant. | Case No.: 2:17-cv-12522-AJT-EAS<br>Hon. Judge Arthur J. Tarnow<br>Magistrate Judge Elizabeth A. Stafford |

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, through their undersigned counsel, stipulate and agree, that the above-captioned action be dismissed with prejudice in its entirety. The parties further agree that each side shall bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: March 27, 2018                      s/Arthur J. Tarnow
                                                                  Hon. Arthur J. Tarnow
                                                                  U.S. District Court Judge

| | |
|---|---|
| Stipulated and Agreed: | Respectfully Submitted, |
| /s/ Brian P. Parker (with consent)<br>Brian P. Parker<br>Law Offices of Brian P. Parker, P.C.<br>4301 Orchard Lake Road, Ste 180-208<br>West Bloomfield, MI 48323<br>Tel: (248) 342-9583<br>Fax: (248) 659-1733<br>brianparker@collectionstopper.com | /s/ Charity A. Olson<br>Charity A. Olson (P68295)<br>**BROCK & SCOTT, PLLC**<br>2723 S. State St., Ste. 150<br>Ann Arbor, MI 48104<br>(734) 222-5179<br>Charity.Olson@brockandscott.com |

Dated: March 23, 2018